PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision



Name of Offender: Roy Bryant  Cr.: 98-cr-00702-02

Name of Sentencing Judicial Officer: John C. Liftland

Date of Original Sentence: 10/25/99

Original Offense: Conspiracy to Distribute Narcotics

Original Sentence: 60 months Imprisonsonment; 4 years Supervised Release

Type of Supervision: Supervised Release       Date Supervision Commenced: 05/07/03

Assistant U.S. Attorney: Marion Percell        Defense Attorney: Lorraine S. Gauli-Rufo

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On March 25, 2006, the offender was arrested in the Bronx, New York, for Criminal Possession of Marijuana. On March 26, 2006, he was convicted upon a guilty plea to the reduced charge of Unlawful Possession of Marijuana. He was sentenced to pay a fine of $100, and surcharges totaling $95. |
| 2 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'<br><br>On the following dates, the offender submitted a positive urine specimen for marijuana: 09/25/03, 04/15/04, 05/13/04, 10/14/04, 04/04/05, 09/08/05, 09/19/05, 09/29/05, 10/03/05, 10/12/05, 10/19/05, 11/02/05, 11/17/05, 12/14/05, 12/15/05, and 02/24/06. |

3     The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

On the following dates, the offender failed to report for random urine testing: 10/19/04, 11/01/04, 12/10/04, 04/12/05, 06/07/05, 08/16/05, 09/12/05, 10/11/05, 11/08/05, 12/09/05, 01/24/06, 02/06/06, 03/01/06, and 04/05/06.

4     The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

On 3/30/06, and 04/12/06, the offender failed to report as directed to the U.S. Probation Office.

I declare under penalty of perjury that the foregoing is true and correct.

By: Leslie M. Vargas
U.S. Probation Officer
Date: 06/08/06

---

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing: 6/27/06 @ 12:00 p.m.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

6/14/06
Date