PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision [1]

Name of Offender: Roy Bryant                                                                 Cr.: 98-Cr-00702-02

Name of Sentencing Judicial Officer: John C. Lifland

Date of Original Sentence: 10/25/99

Original Offense: Conspiracy to Distribute Narcotics

Original Sentence: 60 months Imprisonment; 4 years Supervised Release

Type of Supervision: Supervised Release                              Date Supervision Commenced: 05/07/03

Assistant U.S. Attorney: Marion Percell                              Defense Attorney: Lorraine S. Gauli-Rufo

### PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'<br><br>The offender failed to report for random drug testing/urinalysis on August 7, 2006, November 7, 2006, and December 6, 2006. |
| 2 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'<br><br>The offender submitted positive urine specimens for marijuana on September 21, 2006, October 23, 2006, October 26, 2006, October 30, 2006, November 6, 2006, November 12, 2006, and December 11, 2006. |

PROB 12C - Page 2
Roy Bryant

I declare under penalty of perjury that the foregoing is true and correct.

By: Leslie M. Vargas
U.S. Probation Officer
Date: 04/03/07

THE COURT ORDERS:

[✓] The Issuance of a Summons. Date of Hearing: 6/18/07 @ 9:30 am
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

4/26/07
_____
Date